**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No.  09-cv-01341-AP

JUSTIN W. GRAY,

      Plaintiff,

      v.

MICHAEL J. ASTRUE,
Commissioner of Social Security,

      Defendant.
_____

**JOINT CASE MANAGEMENT PLAN FOR SOCIAL SECURITY CASES**
_____

**1.**     **APPEARANCES OF COUNSEL AND PRO SE PARTIES**

| For Plaintiff: | For Defendant: |
|---|---|
| Luke A. Brennan | DAVID M. GAOUETTE |
| 422 White Ave., Ste. 323 | United States Attorney |
| Grand Junction, CO 81501 | |
| 970-245-8021 | KEVIN TRASKOS |
| luke@gllblaw.com | Deputy Chief, Civil Division |
| | United States Attorney's Office |
| | District of Colorado |
| | Kevin.Traskos@usdoj.gov |
| | |
| | Debra J. Meachum |
| | Special Assistant United States Attorney |
| | 1961 Stout Street, Suite 1001A |
| | Denver, Colorado 80294 |
| | (303) 844-1570 |
| | (303) 844-0770 (facsimile) |
| | debra.meachum@ssa.gov |

**2.    STATEMENT OF LEGAL BASIS FOR SUBJECT MATTER JURISDICTION**

The Court has jurisdiction based on section 205(g) of the Social Security Act, 42 U.S.C. § 405(g).

**3.    DATES OF FILING OF RELEVANT PLEADINGS**

    **A.  Date Complaint Was Filed:**  6/9/09
    **B.  Date Complaint Was Served on U.S. Attorney's Office:**  6/12/09
    **C. Date Answer and Administrative Record Were Filed:**  8/11/09

**4.    STATEMENT REGARDING THE ADEQUACY OF THE RECORD**

The parties agree that the record is adequate and complete.

**5.    STATEMENT REGARDING ADDITIONAL EVIDENCE**

Neither party intends to supply additional evidence.

**6.    STATEMENT REGARDING WHETHER THIS CASE RAISES UNUSUAL CLAIMS OR DEFENSES**

This case does not raise unusual claims or defenses.

**7.    OTHER MATTERS**

There are no other matters needing to be brought to the attention of the Court.

**8.    BRIEFING SCHEDULE**

    **A.  Plaintiffs Opening Brief Due:**          10/9/09
    **B.  Defendant's Response Brief Due:**     11/9/09
    **C.  Plaintiffs Reply Brief (If Any) Due:**  11/24/09

**9.    STATEMENTS REGARDING ORAL ARGUMENT**

    **A.  Plaintiffs Statement:** Plaintiff does not request oral argument
    **B.  Defendant's Statement:** Defendant does not request oral argument

**10.** **CONSENT TO EXERCISE OF JURISDICTION BY MAGISTRATE JUDGE**

All parties have not consented to the exercise of jurisdiction of a United States Magistrate Judge.

**11.** **OTHER MATTERS**

THE PARTIES FILING MOTIONS FOR EXTENSION OF TIME OR CONTINUANCES MUST COMPLY WITH D.C.COLO.LCivR 7.1(C) BY SUBMITTING PROOF THAT A COPY OF THE MOTION HAS BEEN SERVED UPON THE MOVING ATTORNEY'S CLIENT, ALL ATTORNEYS OF RECORD, AND ALL PRO SE PARTIES.

**12.** **AMENDMENTS TO JOINT CASE MANAGEMENT PLAN**

The parties agree that the Joint Case Management Plan may be altered or amended only upon a showing of good cause.

DATED:  August 28, 2009

BY THE COURT:

*s/John L. Kane*
U.S. DISTRICT COURT JUDGE

APPROVED 8-28-09:

| For Plaintiff: | For Defendant: |
|---|---|
| s/ Luke A. Brennan<br>Luke A. Brennan<br>422 White Ave., Ste. 323<br>Grand Junction, CO 81501<br>970-245-8021<br>luke@gllblaw.com | DAVID M. GAOUETTE<br>United States Attorney<br><br>KEVIN TRASKOS<br>Deputy Chief, Civil Division<br>United States Attorney's Office<br>District of Colorado<br>Kevin.Traskos@usdoj.gov<br><br>s/ Debra J. Meachum<br>Debra J. Meachum<br>Special Assistant U.S. Attorney<br>1961 Stout Street, Suite 1001A<br>Denver, Colorado 80294<br>(303) 844-1570<br>Debra.meachum@ssa.gov |